UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY,     DOCKET NO:14-CV02158
as subrogee of LIONS GATE ENTERTAINMENT,

                               Plaintiff,     STIPULATION TO
                                         EXTEND TIME TO
                                         ANSWER

    -against-

ASTORIA STUDIO LIMITED PARTNERSHIP II
GEORGE S. KAUFMAN and HAL G. ROSENBLUTH,


                               Defendant.
-------------------------------------------------------------------X

      It is hereby stipulated that the time for defendants, ASTORIA STUDIO LIMITED PARTNERSHIP II, GEORGE S. KAUFMAN AND HAL G. ROSENBLUTH, to appear or answer, or to make any motion with relation to the Summons or Summons and Complaint in this action, be and the same hereby is extended to and including the 19TH day of May, 2014.

Dated: New York, New York
          March 14, 2014

| CARTAFALSA, SLATTERY TURPIN & LENOFF | COZEN O'CONNOR |
|---|---|
| *Robert Fischler* | *Robert Phelan* |
| Robert Fischler, Esq.<br>Attorney for Defendant<br>ASTORIA STUDIO LIMITED<br>PARTNERSHIP II, GEORGE S. KAUFMAN<br>And HAL G. ROSENBLUTH<br>165 Broadway, 28th Floor<br>New York, NY 10006<br>Ph:212-225-7700<br>Fx:212-225-7745 | Robert W. Phelan, Esq.<br>Attorneys for Plaintiff<br>45 Broadway Atrium, 16th Floor<br>New York, New York 10006<br>Ph: (212) 509-9400 |